```
                                                    FILED
                                              U.S. DISTRICT COURT
                                             DISTRICT OF NEW MEXICO

                                              2025 OCT 24  AM 9:41  PM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLERK-LAS CRUCES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 25-4481 DLM |
| Plaintiff, | ) | |
| | ) | Count 1: 8 U.S.C. §1325(a)(1): |
| vs. | ) | Illegal Entry Without Inspection |
| | ) | |
| **EMMANUEL NAVARRO-CRUZ,** | ) | Count 2: 50 U.S.C. § 797 (Class A |
| | ) | Misdemeanor): Penalty for Violation |
| Defendant. | ) | of Security Regulations |
| | ) | |
| | ) | Count 3: 18 U.S.C. § 1382: Entering |
| | ) | Military Property. |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about October 19, 2025, in Dona Ana County, in the District of New Mexico, the defendant, **EMMANUEL NAVARRO-CRUZ**, who was then and there an alien, did knowingly and unlawfully enter the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

### Count 2

On or about October 19, 2025 in Dona Ana County, in the District of New Mexico, the defendant, **EMMANUEL NAVARRO-CRUZ**, by knowingly and unlawfully entering the United States from the Republic of Mexico, willfully violated the order issued on April 18, 2025, by the

U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

## Count 3

On or about October 19, 2025, in Dona Ana County, in the District of New Mexico, the defendant, **EMMANUEL NAVARRO-CRUZ**, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the New Mexico National Defense Areas, also known as the Roosevelt Reservation, which had been designated both a restricted area and a controlled area pursuant to U.S. Army Regulation 190-13 by the U.S. Army Garrison Fort Huachuca military commander, for any purpose prohibited by law or lawful regulation, specifically, 8 U.S.C. § 1325(a)(1), illegal entry without inspection.

In violation of 18 U.S.C. 1382.

RYAN ELLISON
Acting United States Attorney

*/s/ Charles W. Garcia*

CHARLES GARCIA
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304